# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| POTTSTOWN SCHOOL DISTRICT | : | No. 120 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| MONTGOMERY COUNTY BOARD OF ASSESSMENT APPEALS, POTTSTOWN HOSPITAL, LLC, POTTSTOWN BOROUGH AND COUNTY OF MONTGOMERY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: POTTSTOWN HOSPITAL, LLC | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issues, rephrased for clarity, are:

(1)    Whether the Commonwealth Court erred by holding that Pottstown Hospital, LLC, offered substantial executive compensation based upon the financial performance of the institution, thereby precluding it from establishing that it was operating entirely free from private profit motive to qualify as a purely public charity entitled to real estate tax exemption under the standard set forth in *Hospital Utilization Project v. Commonwealth ("HUP")*, 487 A.2d 1306, 1317 (Pa. 1985).

(2)    Whether the operation of entities related to Pottstown Hospital, LLC, is relevant to a determination of whether it qualifies as a purely public charity under the *HUP* test.

The "Application for Relief to File Portions of the Reproduced Record Under Seal" filed by Pottstown Hospital, LLC, is **GRANTED**.  The Prothonotary is directed to mark as sealed Volumes III and VII of the Reproduced Record.